UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA          )
                                  )          Case No. 4:05-CR-10
v.                                )          Mag. No. 1:05-mj-178
                                  )
JOSHUA PUGH                       )          JUDGE COLLIER
SARAH PANNELL                     )


MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the defendants JOSHUA PUGH and SARAH PANNELL, on the indictment returned by the Grand Jury, was held before the undersigned on May 10, 2005.

Those present for the hearing included:

(1) AUSA Perry Piper for the USA.
(2) The defendant, JOSHUA PUGH.
(3) Atty. Lafonda Jones for defendant Pugh
(4) The defendant, SARAH PANNELL.
(5) Atty. Lee Ortwein for defendant Pannell.
(6) Courtroom Deputy Russell Eslinger.

After being sworn in due form of law the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

It was determined the persons present were the defendants named as defendants in the indictment. Each of the defendants acknowledged having been provided with a copy of the indictment and having the opportunity of reviewing the indictment with their respective attorneys.

Each of the defendants waived a formal reading in open court of the indictment and entered pleas of not guilty or no plea to all counts charging them with criminal offenses. The Court entered not guilty pleas to each count.

Presently, the cases are assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

S/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE